## JOB ALMY vs. JOHN BRAYTON, 1733

At a Superiour Court of Judicature Court of Assiz, and General Goal Deliverys held at Newport in the Colony of Rhode Island etc. the 22nd day of March, 1733

Present

The Hon^ble W^m Wanton, Esq^r Gov^r      John Gardner, Esq^r Ass^t
The Hon^ble John Wanton, Esq^r D Gov^r    W^m Anthony, Esq^r Ass^t
Sam^l Vernon, Esq^r Ass^t

John Brayton of Swansey etc. Marriner by William Bollan his Attorny moved for a Prohibition to stay the Proceedings in the Court of Vice Admiralty against him at the Suit of Job Almy of Newport etc. Merch^t And in as much as the Case has been already discussed and heard in the s^d Court of Vice Admiralty, Issue joyned by the said Brayton's Attorny and an Interlocutory Decree passed thereon This Court do not see Cause to grant any Prohibition.